UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jane B. Modell Rosen,

                      Plaintiff,

-against-

N.Y.C. Department of Education, et al.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2020

1:18-cv-06670 (AT) (SDA)

ORDER SCHEDULING
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, March 11, 2020 at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

In preparation for the settlement conference Plaintiff shall provide a good faith settlement demand to Defendants no later than February 19, 2020. In addition, the parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron, except that the Court will accept Defendants' confidential settlement submission on or before March 9, 2020.

Chambers will provide this Order to *pro se* Plaintiff and her limited pro bono counsel by email.

**SO ORDERED.**

DATED:     New York, New York
               February 14, 2020

_____
STEWART D. AARON
United States Magistrate Judge