UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jane B. Modell Rosen,

        Plaintiff,

-against-

N.Y.C. Department of Education, et al.,

        Defendants.

1:18-cv-06670 (AT) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The telephone conference currently scheduled for Wednesday, February 26, 2020 at 3:00 p.m. is adjourned *sine die* in light of the settlement conference scheduled before the undersigned on March 11, 2020.

Chambers will provide this Order to the pro se Plaintiff by email.

**SO ORDERED.**

DATED:    New York, New York
              February 25, 2020

_____
STEWART D. AARON
United States Magistrate Judge