UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jane B. Modell Rosen,

        Plaintiff,

-against-

N.Y.C. Department of Education, et al.,

        Defendants.

1:18-cv-06670 (AT) (SDA)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/2020

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The parties shall appear via Telephone for a conference in the above-captioned matter on Monday, March 30, 2020, at 2:00 p.m. The City shall call the Court's conference line at 212-805-0110 once all parties are on the line.

Chambers will provide this Order to the pro se Plaintiff by email.

**SO ORDERED.**

DATED:    New York, New York
              March 11, 2020

_____
STEWART D. AARON
United States Magistrate Judge