UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jane B. Modell Rosen,

                        Plaintiff,

-against-

N.Y.C. Department of Education, et al.,

                        Defendants.

1:18-cv-06670 (AT) (SDA)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020

**STEWART D. AARON, United States Magistrate Judge:**

The Court previously scheduled a telephone conference on March 30, 2020 at 2:00 p.m. (*See* ECF No. 78.) The telephone conference shall go forward as previously scheduled, but the Parties shall each separately call (888) 278-0268 (or (214) 765-0479) and enter access code 6489745.

This Order supersedes the calling instructions provided previously.

No later than Friday, March 20, 2020, Defendants shall serve this Order upon *pro se* Plaintiff by e-mail.

**SO ORDERED.**

DATED:    New York, New York
              March 19, 2020

_____
STEWART D. AARON
United States Magistrate Judge