```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jane B. Modell Rosen,

                Plaintiff,

-against-

N.Y.C. Department of Education, et al.,

                Defendants.

1:18-cv-06670 (AT) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The parties shall appear via telephone for a conference in the above-captioned matter on July 27, 2020, at 2:00 p.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

A copy of this Order will be emailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

DATED:    New York, New York
              June 9, 2020

_____
STEWART D. AARON
United States Magistrate Judge