UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jane B. Modell Rosen,

                Plaintiff,

-against-

N.Y.C. Department of Education, et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2021
```

1:18-cv-06670 (AT) (SDA)

ORDER FOR
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Friday, November 12, 2021, at noon to address Plaintiff's Letter Motion to Compel dated November 2, 2021 (ECF No. 103). At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
               November 9, 2021

_____
STEWART D. AARON
United States Magistrate Judge