UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jane B. Modell Rosen,

                Plaintiff,

-against-

N.Y.C. Department of Education et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/25/2022

1:18-cv-06670 (AT) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    It is hereby Ordered that, no later than Tuesday, February 8, 2022, the parties shall file a joint letter regarding proposed next steps in this action, including whether they wish to participate in a settlement conference (and, if so, setting forth available dates) and/or if either party intends to file a dispositive motion. Please note that any dispositive motions should conform with Judge Torres's Individual Practices, including the deadline for filing summary judgment motions and the pre-motion letter requirement.

**SO ORDERED.**

Dated:    New York, New York
            January 25, 2022

_____
STEWART D. AARON
United States Magistrate Judge