UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE B. MODELL ROSEN,

               Plaintiff,

-against-

N.Y.C. DEPARTMENT OF EDUCATION, ET AL.,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/15/2022_

18 Civ. 6670 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendants have indicated they intend to move for summary judgment in this matter. ECF No. 111. The parties must comply with the Court's special rules for summary judgment motions outlined in Rule III-C of its Individual Practices in Civil Cases. Accordingly, no later than **March 1, 2022**, the parties shall exchange Rule 56.1 statements. By **March 8, 2022**, Defendants shall file the required pre-motion letter informing the Court of the basis for its anticipated motion for summary judgment and attaching the opposing party's response to the Rule 56.1 statement. By **March 15, 2022**, Plaintiff shall file her opposition letter.

    SO ORDERED.

Dated: February 15, 2022
       New York, New York

                                                  ANALISA TORRES
                                         United States District Judge