UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JANE B. MODELL ROSEN,

               Plaintiff,                    18 **CIVIL** 6670 (AT)

     -against-                         **JUDGMENT**

N.Y.C. Department of Education; Melitina
Hernandez, Principal, P.S. 123M; Jennifer Johnson,
Ass't. Principal, P.S. 123M; Sean Dunning
Assistant Principal, P.S. 123M; Brittany Velazquez,
Ass't. Principal, P.S. 123M; Joshua Furnell, Ass't.
Principal, P.S. 123M,

               Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 27, 2022, Defendants' motion for summary judgment is GRANTED as to Rosen's claims under the ADEA and the NYSHRL. The Court has declined to exercise supplemental jurisdiction over Rosen's claims under the NYCHRL, and, therefore, those claims are DISMISSED without prejudice to renewal in state court; accordingly, the case is closed.

**Dated:**  New York, New York
            March 27, 2022

                                                           **RUBY J. KRAJICK**
                                                            **Clerk of Court**
                    **BY:**   *K. Mango*
                                                             **Deputy Clerk**